FILED
September 30, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003804308

**Ruehmann Law Firm, PC**
Stephen C. Ruehmann SBN-167533
9580 Oak Avenue Parkway, Ste. 15
Folsom, CA 95630
(916) 988-8001
(916) 988-8002 Fax

Attorney for the Debtor
Larry Striffler

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Chapter 7 |
| | DCN: SCR-01 |
| STRIFFLER, LARRY, | Case No: 11-40406 |
| Debtor. | **DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON ASSET OF ESTATE** |
| _____/ | Date: November 7, 2011 |
| | Time: |
| | Location: Sacramento Division |
| | 501 "I" Street, 7th Floor, Courtroom 28 |
| | Sacramento, CA 95814 |
| | Judge: Hon. Michael McManus |

Debtor hereby moves the Court-Appointed Trustee to abandon an asset of the bankruptcy estate. Debtor requests abandonment based on the following:

1. Debtor is currently self-employed as an electrical contractor. He operates his business as a sole proprietorship.

2. The only assets of the business are some basic hand and power tools owned by the Debtor. These tools are listed on the Debtor's bankruptcy petition for $6,000 and fully exempted under California Code of Civil Procedure ("C.C.P.") § 703.140(b)(5) and C.C.P. § 703.140(b)(6).

3. The nature of this business is specialized due to the necessary training and knowledge required to perform the work. Without the Debtor's knowledge and licensing, the business would not exist.

4. Debtor humbly requests that the Court compel the Trustee to abandon this business operation to allow Debtor to perform his work and earn his livelihood uninterrupted.

Debtor declares under penalty of perjury that the above-stated facts are true and correct.

Dated: September 30, 2011

**/s/ Larry Striffler**
Debtor herein

**/s/ Stephen C. Ruehmann**
Stephen C. Ruehmann
Attorney for Debtor herein